**No. 10-5952. Eddie Martinez, Petitioner v. United States.**

562 U.S. 942, 131 S. Ct. 362, 178 L. Ed. 2d 234, 2010 U.S. LEXIS 7400.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 600 F.3d 971.

**No. 10-5956. Larry Cochran, Petitioner v. United States.**

562 U.S. 942, 131 S. Ct. 362, 178 L. Ed. 2d 234, 2010 U.S. LEXIS 7442.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-5962. Rutilio Acosta-Mendoza, Petitioner v. United States.**

562 U.S. 942, 131 S. Ct. 362, 178 L. Ed. 2d 234, 2010 U.S. LEXIS 7133.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 378 Fed. Appx. 450.

**No. 10-5966. Dennis Black, Petitioner v. United States.**

562 U.S. 942, 131 S. Ct. 362, 178 L. Ed. 2d 234, 2010 U.S. LEXIS 7115.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 364 Fed. Appx. 810.

**No. 10-5968. David Green, Petitioner v. United States.**

562 U.S. 942, 131 S. Ct. 363, 178 L. Ed. 2d 234, 2010 U.S. LEXIS 7306.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 617 F.3d 233.

**No. 10-5974. Jason DeJear, Petitioner v. United States.**

562 U.S. 942, 131 S. Ct. 363, 178 L. Ed. 2d 234, 2010 U.S. LEXIS 7551.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 377 Fed. Appx. 813.

**No. 10-5976. Adolfo Estrada Rodriguez, aka Adolfo Estrada, aka Anthony Martinez, aka Adolfo Estradal, aka Adolfo Estrada Balerio, aka Adolfo Estrada-Rodriguez, Petitioner v. United States.**

562 U.S. 942, 131 S. Ct. 363, 178 L. Ed. 2d 234, 2010 U.S. LEXIS 7308.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 379 Fed. Appx. 342.

**No. 10-5981. Juan Manuel Colindres-Comelli, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 943, 131 S. Ct. 363, 178 L. Ed. 2d 234, 2010 U.S. LEXIS 7458.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.